1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

FCC LOMPOC INMATES, et al.,

      Plaintiffs,

      v.

BRIAN BIRKHOLZ, Warden, et al.,

      Defendants.

Case No. CV 23-4521 CBM (MRW)

ORDER ACCEPTING FINDINGS
AND RECOMMENDATIONS OF
UNITED STATES MAGISTRATE
JUDGE

      Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report to which one of the plaintiffs has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1    IT IS ORDERED that Judgment be entered dismissing this action

2  without prejudice.

3

4

5  DATE: FEBRUARY 5, 2024        _____
                                 HON. CONSUELO B. MARSHALL
6                                SENIOR U.S. DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2