# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FCC LOMPOC INMATES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN BIRKHOLZ, Warden, et al., <br><br> Defendants. | Case No. CV 23-4521 CBM (MRW) <br><br> JUDGMENT <br><br> **JS-6** |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that judgment be entered dismissing this action without prejudice.

DATE: FEBRUARY 5, 2024        _____
                                                 HON. CONSUELO B. MARSHALL
                                                 SENIOR U.S. DISTRICT JUDGE